IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     $111,720.00 IN UNITED STATES CURRENCY;
2.     $238,400.00 IN UNITED STATES CURRENCY FROM ALPINE BANK SELF-SERVICE STORAGE BOX #103;
3.     $3,861.00 FROM ALPINE BANK ACCOUNT #8910777286;
4.     $151,208.68 FROM ALPINE BANK ACCOUNT #8970777267;
5.     2020 TOYOTA RAV4, VIN: 2T3A1RFV5LC064271;
6.     2018 BMW 320XI, VIN: WBA8A3C52JA498879; AND
7.     $200,060.00 FROM ALPINE BANK ACCOUNT #8970733187.

       Defendants.
_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

       PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

       a.  $111,720.00 in United States Currency;
       b.  $238,400.00 in United States Currency from Alpine Bank Self-Service Storage Box #103;
       c.  $3,861.00 from Alpine Bank Account #8910777286;
       d.  $151,208.68 from Alpine Bank Account #8970777267;
       e.  2020 Toyota RAV4, VIN: 2T3A1RFV5LC064271;

    f. 2018 BMW 320XI, VIN: WBA8A3C52JA498879; and
    g. $200,060.00 from Alpine Bank Account #8970733187.

DATED this ___ day of _____, 2020.

                                          JEFFREY P. COLWELL
                                          Clerk of the U.S. District Court


                                        By: _____
                                                Deputy Clerk